**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Ji Chen  **V.**  The State of Texas

Appellate case number:    01-12-00424-CR

Trial court case number:  1773682

Trial court:              Co Crim Ct at Law No 1 of Harris County

Date motion filed:        August 12, 2013

Party filing motion:      Appellant, Ji Chen

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn. V. Keyes
                              ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Bland

Date: October 8, 2013